IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**GLENN D. WALTON**,

Defendant

NO. 5: 05-MJ-12-03 (CWH)

VIOLATION: SUSPENDED LICENSE

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #3) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. The within proceeding is DISMISSED *without prejudice*.

SO ORDERED AND DIRECTED, this 4th day of JANUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE